*Judge Berman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
MBIA INC.,                              :

             Plaintiff,                :     Case No. _____

   -against-                           :     **RULE 7.1 STATEMENT**

FEDERAL INSURANCE COMPANY and           :
ACE AMERICAN INSURANCE COMPANY,
                                        :
             Defendants.
                                        :
---------------------------------------x



'08 CIV 4313

RECEIVED MAY 07 2008 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MBIA Inc. ("MBIA") (a private non-governmental party) certifies that MBIA has no corporate parents and that more than 10 percent of MBIA's stock is owned by Third Avenue Management LLC, which is a private subsidiary of Affiliated Managers Group, Inc., which is publicly held. There are no other public corporations owning 10 percent or more of MBIA's stock.

Dated: New York, New York
       May 5, 2008

                                    _____
                                    James G. McCarney
                                    Amory W. Donnelly
                                    HOWREY LLP
                                    Citigroup Center
                                    153 East 53rd Street, 54th Floor
                                    New York, New York 10022
                                    (212) 896-6500

Robert F. Ruyak
Robert P. Jacobs
Lara A. Degenhart
Christine S. Davis
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610

*Attorneys for Plaintiff*