AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MBIA Inc., Plaintiff

V.

Federal Insurance Company and Ace American Insurance Company, Defendants.

AMENDED COMPLAINT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-CV-4313 (RMB)(DFE)

TO: (Name and address of Defendant)

Federal Insurance Company
15 Mountainview Road, Warren, NJ, 07059

Ace American Insurance Company
436 Walnut Street, Philadelphia, PA, 19106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James G. McCarney
Howrey LLP, 153 E. 53rd Street, 54th Floor, New York, NY, 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 2 1 2008

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/22/08 at 1:28pm |
| NAME OF SERVER (PRINT) Anthony Calderon | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Federal Insurance Company c/o New York State Insurance Department (office of the General Counsel) at 25 Beaver Street, 4th Floor, New York, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Charlene Morris, Legal Assistant

☐ Returned unexecuted:

☒ Other (specify): A fee of $40.00 was tendered

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
Date

Signature of Server  Anthony Calderon
Organization License No. 1155020

Address of Server  29-27 41st Avenue, Suite 812, Long Island City, NY 11101

NOTARY PUBLIC
EDWIN PATRICK SANTAMARIA
Notary Public, State of New York
No. 01SA6062013
Qualified in Queens County
Commission Expires July 30, 20 09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.