UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC.,

                    Plaintiff,      :    Case No. 08 cv 4313 (RMB/DFE)

       -against-        :    UNOPPOSED MOTION TO
                                         ADMIT COUNSEL *PRO HAC VICE*

FEDERAL INSURANCE COMPANY and   :
ACE AMERICAN INSURANCE COMPANY,

                  :

           Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PURSUANT TO RULE 1.3(c) of the Local Rules of United States District Courts

for the Southern and Eastern Districts of New York, I, Amory Donelly, a member in good

standing the bar of this Court, hereby move for an Order allowing the admission *pro hac*

*vice* of :

      ROBERT P. JACOBS
      Howrey LLP
      1299 Pennsylvania Ave., NW
      Washington, DC 20004
      202.783.0800 (tel.)
      202.383.6610 (fax)

Robert P. Jacobs is a member of good standing of the Bar of the State of Florida and the

District of Columbia.  There are no pending disciplinary proceedings against Mr. Jacobs

in any State or Federal Court.

Dated: New York, New York
June 11, 2008

Respectfully submitted,

Amory W. Donelly
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, New York 10022
(212) 896-6500 (tel.)
(914) 462-3280 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC.,                                          :

                        Plaintiff,           :        Case No. 08 cv 4313 (RMB/DFE)

        -against-                         :        AFFIDAVIT OF AMORY W. DONELLY
                                          IN SUPPORT OF MOTION TO
FEDERAL INSURANCE COMPANY and                       :        ADMIT COUNSEL *PRO HAC VICE*
ACE AMERICAN INSURANCE COMPANY,
                                    :

                        Defendants.          :

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK    )
                        : ss.
COUNTY OF NEW YORK  )

AMORY W. DONELLY, being duly sworn, hereby deposes and says as follows:

1.     I am associated with Howrey LLP, counsel for plaintiff in the above captioned
action. I am familiar with the proceedings in this case. I make this statement
based on my personal knowledge of the facts set forth herein and in support of
plaintiff's motion to admit Robert P. Jacobs as counsel *pro hac vice* to represent
plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York and was
admitted to practice law on February 27, 2007. I am also admitted in the United
States District Courts for the Southern and Eastern Districts of New York, and am
in good standing with these Courts.

3.     I have known Robert P. Jacobs since 2006.

4.     Mr. Jacobs is a member of Howrey LLP in Washington D.C.

5.     He is a member of good standing of the Bars of the State of Florida and the
District of Columbia. (See Exhibits A & B annexed hereto).

6.     I have found Mr. Jacobs to be a skilled attorney and a person of integrity. He is
experienced in Federal practice and is familiar with the Federal Rules of
Procedure.

7.     This motion is unopposed.  True and accurate copies of emails from opposing
counsel consenting to Mr. Jacobs' admission *pro hac vice* are attached as Exhibits
C and D.

8.     Accordingly, I am pleased to move the admission of Mr. Jacobs, *pro hac vice*.

9.     I respectfully submit a proposed order granting the admission of Roberts Jacobs,
*pro hac vice*, which is attached as Exhibit E.

       WHEREFORE, I respectfully request that the motion to admit Robert P. Jacobs,
*pro hac vice*, to represented plaintiff in the above-captioned matter be granted.

Dated: New York, New York
       June 11, 2008

                                        Respectfully submitted,


                                        Amory W. Donelly
                                        HOWREY LLP
                                        Citigroup Center
                                        153 East 53rd Street, 54th Floor
                                        New York, New York 10022
                                        (212) 896-6500 (tel.)
                                        (914) 462-3280 (fax)



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

In Re:          780146
Robert Paul Jacobs
Howrey, LLP
1299 Pennsylvania Ave. NW
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 29, 1988.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this *16th* day of May, 2008.


Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssF1:R10



**District of Columbia Court of Appeals**
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

ROBERT P. JACOBS

was on the ___11TH___ day of ___SEPTEMBER, 1989___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 15,
2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_
        Deputy Clerk

## Donelly, Amory

| | |
|---|---|
| **From:** | Davis, Christine |
| **Sent:** | Tuesday, June 10, 2008 3:10 PM |
| **To:** | Donelly, Amory |
| **Subject:** | FW: Consent to file pro hac motions |

**From:** Joaquin, Alan J. [mailto:Alan.Joaquin@dbr.com]
**Sent:** Tuesday, June 10, 2008 3:09 PM
**To:** Davis, Christine
**Subject:** Re: Consent to file pro hac motions

ACE consents.

----- Original Message -----
From: Davis, Christine <DavisChristine@howrey.com>
To: Joaquin, Alan J.; Bonanno, Lisa R. <LRBonanno@HHLAW.com>
Sent: Tue Jun 10 15:06:52 2008
Subject: Consent to file pro hac motions

Alan and Lisa,
As per my voice mail, I am writing to seek your consent to our filing pro hac motions in S.D.N.Y. for Lara Degenhart, Robert
Jacobs, and Christine Davis in the MBIA matter. Please respond to this email if you are willing to consent to our filing of
these motions.

Thank you.

Regards,
Christine

Christine Spinella Davis
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
www.howrey.com
202.383.6768 (ph)
202.383.6610 (f)
daviscs@howrey.com

------------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be
confidential and/or privileged. The information is intended to be for the use of the individual or entity
named on this email. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of this email is prohibited. If you receive this email in error,
please notify us by reply email immediately so that we can arrange for the retrieval of the original

documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howrey UK is registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Authority (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part of Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22 Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.

-----------------------------------------------------------------------------------------------------------

## Donelly, Amory

| | |
|---|---|
| **From:** | Davis, Christine |
| **Sent:** | Wednesday, June 11, 2008 10:10 AM |
| **To:** | Donelly, Amory |
| **Cc:** | Jacobs, Robert; D'Andrea, Kristin |
| **Subject:** | FW: Consent to file pro hac motions |

**From:** Bonanno, Lisa R. [mailto:LRBonanno@HHLAW.com]
**Sent:** Wednesday, June 11, 2008 10:08 AM
**To:** Davis, Christine; _Alan Joaquin
**Cc:** _David J. Hensler; Zaetta, Christopher R.
**Subject:** RE: Consent to file pro hac motions

Christine:

As we discussed, we agree to consent to the filing of your pro hac motions provided that you consent to our filing similar motions. I understand from our discussion that you consent to our filing of pro hac motions in the MBIA matter and we therefore consent to your pro hac motions. Call me if you have any questions. Thank you.

Lisa

> **From:** Davis, Christine [mailto:DavisChristine@howrey.com]
> **Sent:** Tuesday, June 10, 2008 3:07 PM
> **To:** alan.joaquin@dbr.com; Bonanno, Lisa R.
> **Subject:** Consent to file pro hac motions
>
> Alan and Lisa,
> As per my voice mail, I am writing to seek your consent to our filing pro hac motions in
> S.D.N.Y. for Lara Degenhart, Robert Jacobs, and Christine Davis in the MBIA matter.
> Please respond to this email if you are willing to consent to our filing of these motions.
>
> Thank you.
>
> Regards,
> Christine
>
> *Christine Spinella Davis*
> *Howrey LLP*
> *1299 Pennsylvania Avenue, NW*
> *Washington, DC 20004*
> *www.howrey.com*
> *202.383.6768 (ph)*
> *202.383.6610 (f)*
> *daviscs@howrey.com*

-------------------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may
confidential and/or privileged. The information is intended to be for the use of the individual or en
named on this email. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of this email is prohibited. If you receive this email in error,
please notify us by reply email immediately so that we can arrange for the retrieval of the original
documents at no cost to you. We take steps to remove metadata in attachments sent by email, and a
remaining metadata should be presumed inadvertent and should not be viewed or used without our
permission. If you receive an attachment containing metadata, please notify the sender immediatel
replacement will be provided. Howrey LLP consists of two separate limited liability partnerships,
formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). H
registered in England and Wales under number OC311537 and regulated by the Solicitors Regulat
(http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as
Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office
Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorney
jurisdictions where they are authorized to practice and/or are registered can be obtained by contact
emailrequest@howrey.com.
-------------------------------------------------------------------------------------------------------


"EMF <HHLAW.COM>" made the following annotations.
----------------------------------------------------------------------------
This electronic message transmission contains information from this law firm which m
copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by tele

============================================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| MBIA INC., | : |  |
| Plaintiff, | : | Case No. 08 cv 4313 (RMB/DFE) |
| -against- | : | ORDER FOR ADMISSION *PRO HAC VICE* |
| FEDERAL INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY, | : | ON WRITTEN MOTION |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     Upon the motion of Amory W. Donelly attorney for Plaintiff MBIA INC. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

     Robert P. Jacobs
     Howrey LLP
     1299 Pennsylvania Ave., NW
     Washington, DC 20004
     202.783.0800 (tel.)
     202.383.6610 (fax)

is admitted to practice *pro hac vice* to represent MBIA INC. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
     June ___, 2008

                                        _____
                                        Hon. Douglas F. Eaton
                                        United States Magistrate Judge

The undersigned hereby certifies that a true and accurate copy of the preceding
documents was sent in the manner described below to the following attorneys on this
_11_th day of June 2008.

David J. Hensler
Lisa R. Bonanno
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202.637.5600
 DJHensler@hhlaw.com
LRBonanno@hhlaw.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Federal Insurance Company*

Alan J. Joaquin
Drinker Biddle & Reath LLP
1500 K Street, NW
Suite 1100
Washington, DC  20005
202.842.8800
alan.joaquin@dbr.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Ace American Insurance Company*

Amory W. Donelly