UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC.,                                                              :

                Plaintiff,                                    :        Case No. 08 cv 4313 (RMB/DFE)

     -against-                                                          :        UNOPPOSED MOTION TO
                                                                                                          ADMIT COUNSEL *PRO HAC VICE*

FEDERAL INSURANCE COMPANY and           :
ACE AMERICAN INSURANCE COMPANY,
                                                         :

               Defendants.

                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       PURSUANT TO RULE 1.3(c) of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, I, Amory Donelly, a member in good standing the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of :

       LARA DEGENHART
       Howrey LLP
       1299 Pennsylvania Ave., NW
       Washington, DC 20004
       202.783.0800 (tel.)
       202.383.6610 (fax)

Lara Degenhart is a member of good standing of the Bar of the State of South Carolina and the District of Columbia. There are no pending disciplinary proceedings against Ms. Degenhart in any State or Federal Court.

DM_US:21228135_2

Dated: New York, New York
June 11, 2008

                                    Respectfully submitted,

                                    _/s/ Amory W. Donelly_
                                    Amory W. Donelly
                                    HOWREY LLP
                                    Citigroup Center
                                    153 East 53rd Street, 54th Floor
                                    New York, New York 10022
                                    (212) 896-6500 (tel.)
                                    (914) 462-3280 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MBIA INC., :

           Plaintiff, :   Case No. 08 cv 4313 (RMB/DFE)

  -against- :   AFFIDAVIT OF AMORY W. DONELLY
                                               IN SUPPORT OF MOTION TO
FEDERAL INSURANCE COMPANY and :   ADMIT COUNSEL *PRO HAC VICE*
ACE AMERICAN INSURANCE COMPANY,
 :

          Defendants.
 :
------------------------------------x

STATE OF NEW YORK  )
                      : ss.
COUNTY OF NEW YORK  )

AMORY W. DONELLY, being duly sworn, hereby deposes and says as follows:

1. I am associated with Howrey LLP, counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Lara Degenhart as counsel *pro hac vice* to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on February 27, 2008. I am also admitted in the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing with these Courts. (See Exhibits A & B annexed hereto).

3. I have known Lara Degenhart since 2006.

4. Ms. Degenhart is a member of Howrey LLP in Washington D.C.

5. She is a member of good standing of the Bars of the State of South Carolina and the District of Columbia. (See Exhibits A & B annexed hereto)

5. I have found Ms. Degenhart to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ms. Degenhart, *pro hac vice*

7. This motion is unopposed. True and accurate copies of emails from opposing counsel consenting to Ms. Degenhart's admission *pro hac vice* are attached as Exhibits C and D.

8. I respectfully submit a proposed order granting the admission of Lara Degenhart, *pro hac vice*, which is attached as Exhibit E.

WHEREFORE, I respectfully request that the motion to admit Lara Degenhart, *pro hac vice*, to represented plaintiff in the above-captioned matter be granted.

Dated: New York, New York
June 11, 2008

                                              Respectfully submitted,

                                              Amory W. Donelly
                                              HOWREY LLP
                                              Citigroup Center
                                              153 East 53rd Street, 54th Floor
                                              New York, New York 10022
                                              (212) 896-6500 (tel.)
                                              (914) 462-3280 (fax)

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Lara Anne Degenhart was duly sworn and admitted as an attorney in this state on November 18, 1992, and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY *Brenda J. Healy*
CHIEF DEPUTY CLERK

Columbia, South Carolina

June 6, 2008



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LARA A. DEGENHART

was on the 6TH day of FEBRUARY, 1995 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 6, 2008.

GARLAND PINKSTON, JR., CLERK

By: *M. Charles*
   Deputy Clerk

## Donelly, Amory

**From:** Davis, Christine
**Sent:** Tuesday, June 10, 2008 3:10 PM
**To:** Donelly, Amory
**Subject:** FW: Consent to file pro hac motions

---

**From:** Joaquin, Alan J. [mailto:Alan.Joaquin@dbr.com]
**Sent:** Tuesday, June 10, 2008 3:09 PM
**To:** Davis, Christine
**Subject:** Re: Consent to file pro hac motions

ACE consents.

----- Original Message -----
From: Davis, Christine <DavisChristine@howrey.com>
To: Joaquin, Alan J.; Bonanno, Lisa R. <LRBonanno@HHLAW.com>
Sent: Tue Jun 10 15:06:52 2008
Subject: Consent to file pro hac motions

Alan and Lisa,
As per my voice mail, I am writing to seek your consent to our filing pro hac motions in S.D.N.Y. for Lara Degenhart, Robert Jacobs, and Christine Davis in the MBIA matter. Please respond to this email if you are willing to consent to our filing of these motions.

Thank you.

Regards,
Christine

Christine Spinella Davis
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
www.howrey.com
202.383.6768 (ph)
202.383.6610 (f)
daviscs@howrey.com

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original

documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howrey UK is registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Authority (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part of Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22 Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.

-----------------------------------------------------------------------------------

## Donelly, Amory

**From:** Davis, Christine
**Sent:** Wednesday, June 11, 2008 10:10 AM
**To:** Donelly, Amory
**Cc:** Jacobs, Robert; D'Andrea, Kristin
**Subject:** FW: Consent to file pro hac motions

---

**From:** Bonanno, Lisa R. [mailto:LRBonanno@HHLAW.com]
**Sent:** Wednesday, June 11, 2008 10:08 AM
**To:** Davis, Christine; _Alan Joaquin
**Cc:** _David J. Hensler; Zaetta, Christopher R.
**Subject:** RE: Consent to file pro hac motions

Christine:

As we discussed, we agree to consent to the filing of your pro hac motions provided that you consent to our filing similar motions. I understand from our discussion that you consent to our filing of pro hac motions in the MBIA matter and we therefore consent to your pro hac motions. Call me if you have any questions. Thank you.

Lisa

**From:** Davis, Christine [mailto:DavisChristine@howrey.com]
**Sent:** Tuesday, June 10, 2008 3:07 PM
**To:** alan.joaquin@dbr.com; Bonanno, Lisa R.
**Subject:** Consent to file pro hac motions

Alan and Lisa,
As per my voice mail, I am writing to seek your consent to our filing pro hac motions in S.D.N.Y. for Lara Degenhart, Robert Jacobs, and Christine Davis in the MBIA matter. Please respond to this email if you are willing to consent to our filing of these motions.

Thank you.

Regards,
Christine

*Christine Spinella Davis*
*Howrey LLP*
*1299 Pennsylvania Avenue, NW*
*Washington, DC  20004*
*www.howrey.com*
*202.383.6768 (ph)*
*202.383.6610 (f)*
*daviscs@howrey.com*

6/11/2008

---
This email and any attachments contain information from the law firm of Howrey LLP, which ma\
confidential and/or privileged. The information is intended to be for the use of the individual or en
named on this email. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of this email is prohibited. If you receive this email in error,
please notify us by reply email immediately so that we can arrange for the retrieval of the original
documents at no cost to you. We take steps to remove metadata in attachments sent by email, and
remaining metadata should be presumed inadvertent and should not be viewed or used without ou
permission. If you receive an attachment containing metadata, please notify the sender immediatel
replacement will be provided. Howrey LLP consists of two separate limited liability partnerships,
formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). I
registered in England and Wales under number OC311537 and regulated by the Solicitors Regulat
(http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as
Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office
Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorney
jurisdictions where they are authorized to practice and/or are registered can be obtained by contact
emailrequest@howrey.com.
---

```
"EMF <HHLAW.COM>" made the following annotations.
-----------------------------------------------------------------------------
This electronic message transmission contains information from this law firm which m
copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by tele

============================================================================
```

6/11/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MBIA INC.,                                  :

                Plaintiff,         :     Case No. 08 cv 4313 (RMB/DFE)

     -against-                              :     ORDER FOR ADMISSION
                                                                *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and               :     ON WRITTEN MOTION
ACE AMERICAN INSURANCE COMPANY,

                                              :

                Defendants.
                                              :

------------------------------------x

       Upon the motion of Amory W. Donelly attorney for Plaintiff MBIA INC. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

       Lara Degenhart
       Howrey LLP
       1299 Pennsylvania Ave., NW
       Washington, DC 20004
       202.783.0800 (tel.)
       202.383.6610 (fax)

is admitted to practice *pro hac vice* to represent MBIA INC. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       June ___, 2008

                                                                       _____
                                                                       Hon. Douglas F. Eaton
                                                                       United States Magistrate Judge

The undersigned hereby certifies that a true and accurate copy of the preceding documents was sent in the manner described below to the following attorneys on this 11th day of June 2008.

David J. Hensler
Lisa R. Bonanno
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202.637.5600
 DJHensler@hhlaw.com
LRBonanno@hhlaw.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Federal Insurance Company*

Alan J. Joaquin
Drinker Biddle & Reath LLP
1500 K Street, NW
Suite 1100
Washington, DC  20005
202.842.8800
alan.joaquin@dbr.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Ace American Insurance Company*

                                              _____
                                                    Amory W. Donelly