UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC.,                                           :

                Plaintiff,                     :        Case No. 08 cv 4313 (RMB/DFE)

     -against-                            :        UNOPPOSED MOTION TO
                                                                ADMIT COUNSEL *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and       :
ACE AMERICAN INSURANCE COMPANY,

                         :

              Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PURSUANT TO RULE 1.3(c) of the Local Rules of United States District Courts

for the Southern and Eastern Districts of New York, I, Amory Donelly, a member in good

standing the bar of this Court, hereby move for an Order allowing the admission *pro hac*

*vice* of :

     CHRISTINE SPINELLA DAVIS
     Howrey LLP
     1299 Pennsylvania Ave., NW
     Washington, DC 20004
     202.783.0800 (tel.)
     202.383.6610 (fax)

Christine Spinella Davis is a member of good standing of the Bar of the State of

Maryland and the District of Columbia.  There are no pending disciplinary proceedings

against Ms. Davis in any State or Federal Court.

Dated: New York, New York
    June 11, 2008

          Respectfully submitted,

          Amory W. Donelly
          HOWREY LLP
          Citigroup Center
          153 East 53rd Street, 54th Floor
          New York, New York 10022
          (212) 896-6500 (tel.)
          (914) 462-3280 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC.,                                            :

                       Plaintiff,    :    Case No. 08 cv 4313 (RMB/DFE)

          -against-                :    AFFIDAVIT OF AMORY W. DONELLY
                               IN SUPPORT OF MOTION TO
FEDERAL INSURANCE COMPANY and        :    ADMIT COUNSEL *PRO HAC VICE*
ACE AMERICAN INSURANCE COMPANY,

                             :

                   Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK    )
                      : ss.
COUNTY OF NEW YORK  )

AMORY W. DONELLY, being duly sworn, hereby deposes and says as follows:

1.    I am associated with Howrey LLP, counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Christine Spinella Davis as counsel *pro hac vice* to represent plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law on February 27, 2007. I am also admitted in the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing with these Courts.

3.    I have known Christine Spinella Davis since 2006.

4.    Ms. Davis is associated with Howrey LLP in Washington D.C.

5.    Ms. Davis is a member of the Bars of the State of Maryland and the District of Columbia. (See Exhibits A & B annexed hereto).

6.    I have found Ms. Davis to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7.    This motion is unopposed.  True and accurate copies of emails from opposing counsel consenting to Ms. Davis' admission *pro hac vice* are attached as Exhibits C and D.

8.    Accordingly, I am pleased to move the admission of Ms. Davis, *pro hac vice*.

9.    I respectfully submit a proposed order granting the admission of Christine Davis, *pro hac vice*, which is attached as Exhibit E.

   WHEREFORE, I respectfully request that the motion to admit Christine Spinella Davis, *pro hac vice*, to represented plaintiff in the above-captioned matter be granted.

Dated: New York, New York
       June 11, 2008

                              Respectfully submitted,


                              Amory W. Donelly
                              HOWREY LLP
                              Citigroup Center
                              153 East 53rd Street, 54th Floor
                              New York, New York 10022
                              (212) 896-6500 (tel.)
                              (914) 462-3280 (fax)

# Court of Appeals
## of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 1999,*

### Christine Spinella Davis

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-second day of May, 2008.*

*Bessie M. Decker*
_____
*Clerk of the Court of Appeals of Maryland*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
#### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHRISTINE S. DAVIS

was on the ___11th___ day of ___SEPTEMBER, 2000___ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 23, 2008.

GARLAND PINKSTON, JR., CLERK

By: ___N. Charles___
             Deputy Clerk

## Donelly, Amory

| | |
|---|---|
| **From:** | Davis, Christine |
| **Sent:** | Tuesday, June 10, 2008 3:10 PM |
| **To:** | Donelly, Amory |
| **Subject:** | FW: Consent to file pro hac motions |

---

**From:** Joaquin, Alan J. [mailto:Alan.Joaquin@dbr.com]
**Sent:** Tuesday, June 10, 2008 3:09 PM
**To:** Davis, Christine
**Subject:** Re: Consent to file pro hac motions

ACE consents.

----- Original Message -----
From: Davis, Christine <DavisChristine@howrey.com>
To: Joaquin, Alan J.; Bonanno, Lisa R. <LRBonanno@HHLAW.com>
Sent: Tue Jun 10 15:06:52 2008
Subject: Consent to file pro hac motions

Alan and Lisa,
As per my voice mail, I am writing to seek your consent to our filing pro hac motions in S.D.N.Y. for Lara Degenhart, Robert Jacobs, and Christine Davis in the MBIA matter. Please respond to this email if you are willing to consent to our filing of these motions.

Thank you.

Regards,
Christine

Christine Spinella Davis
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
www.howrey.com
202.383.6768 (ph)
202.383.6610 (f)
daviscs@howrey.com

-------------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original

documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howrey UK is registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Authority (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part of Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22 Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.

----------------------------------------------------------------------------------------------------

## Donelly, Amory

| | |
|---|---|
| **From:** | Davis, Christine |
| **Sent:** | Wednesday, June 11, 2008 10:10 AM |
| **To:** | Donelly, Amory |
| **Cc:** | Jacobs, Robert; D'Andrea, Kristin |
| **Subject:** | FW: Consent to file pro hac motions |

---

**From:** Bonanno, Lisa R. [mailto:LRBonanno@HHLAW.com]
**Sent:** Wednesday, June 11, 2008 10:08 AM
**To:** Davis, Christine; _Alan Joaquin
**Cc:** _David J. Hensler; Zaetta, Christopher R.
**Subject:** RE: Consent to file pro hac motions

Christine:

As we discussed, we agree to consent to the filing of your pro hac motions provided that you consent to our filing similar motions. I understand from our discussion that you consent to our filing of pro hac motions in the MBIA matter and we therefore consent to your pro hac motions. Call me if you have any questions. Thank you.

Lisa

---

**From:** Davis, Christine [mailto:DavisChristine@howrey.com]
**Sent:** Tuesday, June 10, 2008 3:07 PM
**To:** alan.joaquin@dbr.com; Bonanno, Lisa R.
**Subject:** Consent to file pro hac motions

Alan and Lisa,
As per my voice mail, I am writing to seek your consent to our filing pro hac motions in S.D.N.Y. for Lara Degenhart, Robert Jacobs, and Christine Davis in the MBIA matter. Please respond to this email if you are willing to consent to our filing of these motions.

Thank you.

Regards,
Christine

*Christine Spinella Davis*
*Howrey LLP*
*1299 Pennsylvania Avenue, NW*
*Washington, DC  20004*
*www.howrey.com*
*202.383.6768 (ph)*
*202.383.6610 (f)*
*daviscs@howrey.com*

---

This email and any attachments contain information from the law firm of Howrey LLP, which may
confidential and/or privileged. The information is intended to be for the use of the individual or en
named on this email. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of this email is prohibited. If you receive this email in error,
please notify us by reply email immediately so that we can arrange for the retrieval of the original
documents at no cost to you. We take steps to remove metadata in attachments sent by email, and ;
remaining metadata should be presumed inadvertent and should not be viewed or used without our
permission. If you receive an attachment containing metadata, please notify the sender immediatel
replacement will be provided. Howrey LLP consists of two separate limited liability partnerships,
formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). H
registered in England and Wales under number OC311537 and regulated by the Solicitors Regulat
(http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as
Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office
Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorney
jurisdictions where they are authorized to practice and/or are registered can be obtained by contact
emailrequest@howrey.com.

---

"EMF <HHLAW.COM>" made the following annotations.
-----------------------------------------------------------------------
This electronic message transmission contains information from this law firm which m
copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by tele

=======================================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC.,                                          :

       Plaintiff,     :   Case No. 08 cv 4313 (RMB/DFE)

    -against-          :   ORDER FOR ADMISSION
                     *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and  :   ON WRITTEN MOTION
ACE AMERICAN INSURANCE COMPANY,

                   :

       Defendants.

                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    Upon the motion of Amory W. Donelly attorney for Plaintiff MBIA INC. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Christine Spinella Davis
    Howrey LLP
    1299 Pennsylvania Ave., NW
    Washington, DC 20004
    202.783.0800 (tel.)
    202.383.6610 (fax)

is admitted to practice *pro hac vice* to represent MBIA INC. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
    June ___, 2008

            _____
            Hon. Douglas F. Eaton
            United States Magistrate Judge

The undersigned hereby certifies that a true and accurate copy of the preceding documents was sent in the manner described below to the following attorneys on this ⁄⁄th day of June 2008.

David J. Hensler
Lisa R. Bonanno
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202.637.5600
DJHensler@hhlaw.com
LRBonanno@hhlaw.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Federal Insurance Company*

Alan J. Joaquin
Drinker Biddle & Reath LLP
1500 K Street, NW
Suite 1100
Washington, DC  20005
202.842.8800
alan.joaquin@dbr.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Ace American Insurance Company*

Amory W. Donelly