⚐AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/8/08 at 2:40 p.m |
| NAME OF SERVER (PRINT) Eddie Santamaria | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ACE American Richard M. Berman c/o New York State Insurance Department (office of the General Counsel) at 25 Beaver Street, 4th Floor, New York, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Keiko Omori, Paralegal

☐ Returned unexecuted:

☒ Other (specify): A Fee of $40.00 was tendered

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/8/08
Date

Signature of Server
Eddie Santamaria
License No. 1102704

Address of Server
29-27 41st Avenue,
Suite 812
Long Island City, NY 11101

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**NEW YORK STATE INSURANCE DEPARTMENT**

No. 13975

DATE 5-8 2008   CK# 480082

RECEIVED OF Mowrey, LLP

—— Forty —————————————— DOLLARS

MBIA Inc. v. Ace American Ins. Co.
Rec'd: Robert Tweedman - Attorney
By: CHARLENE NORRIS

$ 40.00