&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE 5/8/08 at 2:40 p.m. |
| NAME OF SERVER (PRINT) Eddie Santamarea || TITLE Process Server |
| Check one box below to indicate appropriate method of service |||

☒ Served personally upon the defendant. Place where served: Federal Insurance Company c/o (New York State Insurance Department (Office of the General Counsel)) at 25 Beaver Street, 4th Floor, New York, N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Keiko Omori, Paralegal

☐ Returned unexecuted:

☒ Other (specify): A Fee of $40.00 was tendered

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/8/08
Date

Signature of Server
Eddie Santamaria
License No. 1100704
29-27 41st Avenue
Suite 812
Long Island City, NY 11101

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NEW YORK STATE INSURANCE DEPARTMENT

No. 13976

DATE 5-8 20 08   CK# 480083

RECEIVED OF Howrey LLP

Forty —————————— DOLLARS

MBIA, Inc. v. Federal Ins. Co.
Recd: Robert Trautman Attorney
By: Arleene Noces

$ 40.00