UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC.,                                          :

                     Plaintiff,              :          Case No. 08 cv 4313 (RMB/DFE)

           -against-                   :          ORDER FOR ADMISSION
                                         *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and         :          ON WRITTEN MOTION
ACE AMERICAN INSURANCE COMPANY,

                                :

               Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       Upon the motion of Amory W. Donelly attorney for Plaintiff MBIA INC. and said
sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

      Christine Spinella Davis
      Howrey LLP
      1299 Pennsylvania Ave., NW
      Washington, DC 20004
      202.783.0800 (tel.)
      202.383.6610 (fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

is admitted to practice *pro hac vice* to represent MBIA INC. in the above-captioned case
in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court including the
Rules governing discipline of attorneys. If this action is assigned to the Electronic Case
Filing (ECF) system, counsel shall immediately apply for an ECF password at
nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: New York, New York
      June 19, 2008


                              Hon. Douglas F. Eaton
                              United States Magistrate Judge

DM_US:21228169_2

USDC SDNY
DATE SCANNED 6/20/08