UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MBIA INC.,

          Plaintiff,          :    Case No. 08 cv 4313 (RMB/DFE)

   -against-          :    ORDER FOR ADMISSION
                                                       *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and    :    ON WRITTEN MOTION
ACE AMERICAN INSURANCE COMPANY,

          Defendants.

------------------------------------------------------------x

       Upon the motion of Amory W. Donelly attorney for Plaintiff MBIA INC. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Lara Degenhart
    Howrey LLP
    1299 Pennsylvania Ave., NW
    Washington, DC 20004
    202.783.0800 (tel.)
    202.383.6610 (fax)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

is admitted to practice *pro hac vice* to represent MBIA INC. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       June 19, 2008

                                                        Hon. Douglas F. Eaton
                                                      United States Magistrate Judge

USDC SDNY
DATE SCANNED 6/20/08

DM_US 21228172_2