UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MBIA INC.,

             Plaintiff,

    – against –

FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,

             Defendants.
------------------------------------------------------------x

Case No. 08 CIV 4313 (RMB) (DFE)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for Defendants Federal Insurance Company and ACE American Insurance Company. I certify that I am admitted to practice in this Court.

                                Respectfully submitted,

Dated: June 25, 2008

                                By /s/ _____
                                Frank T. Spano
                                Hogan & Hartson LLP
                                875 Third Avenue
                                New York, NY 10022
                                Tel: (212) 918-3000
                                Fax: (212) 918-3100
                                ftspano@hhlaw.com

                                Attorneys for Defendants:
                                Federal Insurance Company and
                                ACE American Insurance Company