UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
MBIA INC.,                                                  : Case No. 08 CIV 4313 (RMB) (DFE)
                                                            :
          Plaintiff,                                        :
                                                            :
     – against –                                            :
                                                            :
FEDERAL INSURANCE COMPANY and                               :
ACE AMERICAN INSURANCE COMPANY,                             :
                                                            :
          Defendants.                                       :
                                                            :
------------------------------------------------------------x

STATE OF NEW YORK    )
                     :
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

Marie Ferrara, being duly sworn, deposes and says that she resides in the State of New Jersey, is employed by Hogan & Hartson LLP, is over the age of eighteen years and is not a party to this action.

On the 25th day of June, 2008, deponent served a true copy of the **Notice of Appearance** upon:

> Christine S. Davis
> Lara Degenhart
> Robert F. Ruyak
> Robert P. Jacobs
> HOWREY SIMON ARNOLD & WHITE L.L.P.
> 12 99 Pennsylvania Avenue N.W.
> Washington, DC  20004

\\\NY - 057212/000523 - 1088343 v1

by depositing true copies of the same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
MARIE FERRARA

Sworn to before me this
26th day of June, 2008

_____
Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 2011

\\\NY - 057212/000523 - 1088343 v1