UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
MBIA INC.,                                                   : Case No. 08 CIV 4313 (RMB) (DFE)
                                                             :
        Plaintiff,                                          :
                                                             :
   – against –                                              :
                                                             :
FEDERAL INSURANCE COMPANY and                                :
ACE AMERICAN INSURANCE COMPANY,                              :
                                                             :
       Defendants.                                         :
                                                             :
-------------------------------------------------------------x

## CORRECTED NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for Defendant Federal Insurance Company. My prior Notice of Appearance dated June 25, 2008 was incorrect in that Hogan & Hartson LLP does not represent ACE American Insurance Company. I certify that I am admitted to practice in this Court.

                                                                                 Respectfully submitted,

Dated: June 30, 2008                                 By /s/_____
                                                              Frank T. Spano
                                                              Hogan & Hartson LLP
                                                              875 Third Avenue
                                                              New York, NY 10022
                                                              Tel: (212) 918-3000
                                                              Fax: (212) 918-3100
                                                              ftspano@hhlaw.com

                                                              Attorneys for Defendant:
                                                              Federal Insurance Company