UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MBIA INC.,                                        :

               Plaintiff,                 :    Case No. 08 cv 4313 (RMB/DFE)

     -against-                               :    UNOPPOSED MOTION TO
                                                       ADMIT COUNSEL *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and       :
ACE AMERICAN INSURANCE COMPANY,
                                                  :
              Defendants.
                                                  :
------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, I, Amory Donelly, a member in good standing the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of :

    ROBERT H. SHULMAN
    Howrey LLP
    1299 Pennsylvania Ave., NW
    Washington, DC 20004
    202.783.0800 (tel.)
    202.383.6610 (fax)

Robert H. Shulman is a member of good standing of the Bar of the State of Louisiana and the District of Columbia. There are no pending disciplinary proceedings against Mr. Shulman in any State or Federal Court.

DM_US:21282213_1

Dated: New York, New York
      June 26, 2008

                                            Respectfully submitted,

                                            _____
                                            Amory W. Donelly
                                            HOWREY LLP
                                            Citigroup Center
                                            153 East 53rd Street, 54th Floor
                                            New York, New York 10022
                                            (212) 896-6500 (tel.)
                                            (914) 462-3280 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

MBIA INC., :

                Plaintiff, : Case No. 08 cv 4313 (RMB/DFE)

    -against- : AFFIDAVIT OF AMORY W. DONELLY
              IN SUPPORT OF MOTION TO
FEDERAL INSURANCE COMPANY and : ADMIT COUNSEL *PRO HAC VICE*
ACE AMERICAN INSURANCE COMPANY,

                :

             Defendants.

                :
----------------------------------------x

STATE OF NEW YORK    )
                            : ss.
COUNTY OF NEW YORK  )

AMORY W. DONELLY, being duly sworn, hereby deposes and says as follows:

1.    I am associated with Howrey LLP, counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Robert H. Shulman as counsel *pro hac vice* to represent plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law on February 27, 2007. I am also admitted in the United States District Courts for the Southern and Eastern Districts of New York and am in good standing with these Courts.

3.    I have known Robert H. Shulman since 2006.

4.    Mr. Shulman is a member of Howrey LLP in Washington D.C.

5.    Mr. Shulman is a member of the Bars of the State of Louisiana and the District of Columbia. (See Exhibits A & B annexed hereto).

6.    I have found Mr. Shulman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7.  This motion is unopposed. A true and accurate copy of an email from opposing counsel consenting to Mr. Shulman's admission *pro hac vice* is attached as Exhibit C.

8.  Accordingly, I am pleased to move the admission of Mr. Shulman, *pro hac vice.*

9.  I respectfully submit a proposed order granting the admission of Robert H. Shulman, *pro hac vice*, which is attached as Exhibit D.

   WHEREFORE, I respectfully request that the motion to admit Robert H. Shulman, *pro hac vice*, to represent plaintiff in the above-captioned matter be granted.

Dated: New York, New York
       June 26, 2008

                                        Respectfully submitted,

                                        /s/ Amory W. Donelly
                                        Amory W. Donelly
                                        HOWREY LLP
                                        Citigroup Center
                                        153 East 53rd Street, 54th Floor
                                        New York, New York 10022
                                        (212) 896-6500 (tel.)
                                        (914) 462-3280 (fax)

DM_US:21282220_1



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT H. SHULMAN

was on the 7TH day of MARCH, 1980 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 25, 2008.

GARLAND PINKSTON, JR., CLERK

By: /N. Charles/
Deputy Clerk

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**ROBERT H. SHULMAN, ESQ., #12049**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 28th Day of October, 1980 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 10th Day of June, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

**Donelly, Amory**

| | |
|---|---|
| **From:** | Joaquin, Alan J. [Alan.Joaquin@dbr.com] |
| **Sent:** | Monday, June 23, 2008 11:12 AM |
| **To:** | Donelly, Amory |
| **Subject:** | RE: MBIA |

ACE consents

---

**From:** Donelly, Amory [mailto:DonellyA@howrey.com]
**Sent:** Monday, June 23, 2008 10:12 AM
**To:** Joaquin, Alan J.; LRBonanno@HHLAW.com
**Subject:** MBIA

Lisa and Alan,

I am working with Christine Davis on *MBIA v. Federal* and am preparing a *pro hac vice* motion for Robert Shulman. Please advise via email if you consent to Mr. Shulman's admission *pro hac vice* in the S.D.N.Y. Of course, we will consent to any *pro hac* motions your firm files in this matter.

Thank you,


**Amory W. Donelly**
Associate

HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Direct: +1 212.896.6595
Fax: +1 914.462.3280
DonellyA@howrey.com
www.howrey.com

Amsterdam  Brussels  Chicago  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid
Munich  **New York**  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  Washington DC

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our expre permission. If you receive an attachment containing metadata, please notify the sender immediately and replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howre

registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Aι (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part c Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22 Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.

-------------------------------------------------------------------------------------------------------

6/25/2008

## Donelly, Amory

| | |
|---|---|
| **From:** | Zaetta, Christopher R. [CRZaetta@HHLAW.com] |
| **Sent:** | Wednesday, June 25, 2008 11:05 AM |
| **To:** | Donelly, Amory |
| **Subject:** | RE: MBIA |

Amory--We consent and will be filing pro hac vice motions of our own in which we will reflect MBIA's consent. Thanks.

---

**From:** Donelly, Amory [mailto:DonellyA@howrey.com]
**Sent:** Wednesday, June 25, 2008 10:05 AM
**To:** Zaetta, Christopher R.
**Subject:** FW: MBIA

Chris,

I sent the below to Lisa but received an out of office message.

I am working with Christine Davis on *MBIA v. Federal* and am preparing a *pro hac vice* motion for Robert Shulman. Please advise via email if you consent to Mr. Shulman's admission *pro hac vice* in the S.D.N.Y. Of course, we will consent to any *pro hac* motions your firm files in this matter.

Thank you,


**Amory W. Donelly**
Associate

**HOWREY** LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Direct: +1 212.896.6595
Fax: +1 914.462.3280
DonellyA@howrey.com
www.howrey.com

Amsterdam  Brussels  Chicago  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid
Munich  **New York**  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  Washington DC

---

**From:** Donelly, Amory
**Sent:** Monday, June 23, 2008 10:12 AM
**To:** Alan.Joaquin@dbr.com; LRBonanno@HHLAW.com
**Subject:** MBIA

Lisa and Alan,

I am working with Christine Davis on *MBIA v. Federal* and am preparing a *pro hac vice* motion for Robert Shulman. Please advise via email if you consent to Mr. Shulman's admission *pro hac vice* in the S.D.N.Y. Of course, we will consent to any *pro hac* motions your firm files in this matter.

6/25/2008

Thank you,

**Amory W. Donelly**
Associate

**HOWREY** LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Direct: +1 212.896.6595
Fax: +1 914.462.3280
DonellyA@howrey.com
www.howrey.com

Amsterdam  Brussels  Chicago  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid
Munich  **New York**  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  Washington DC

-------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which ma{
confidential and/or privileged. The information is intended to be for the use of the individual or en
named on this email. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of this email is prohibited. If you receive this email in error,
please notify us by reply email immediately so that we can arrange for the retrieval of the original
documents at no cost to you. We take steps to remove metadata in attachments sent by email, and ;
remaining metadata should be presumed inadvertent and should not be viewed or used without our
permission. If you receive an attachment containing metadata, please notify the sender immediatel
replacement will be provided. Howrey LLP consists of two separate limited liability partnerships,
formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). I
registered in England and Wales under number OC311537 and regulated by the Solicitors Regulat
(http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as
Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office
Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorney
jurisdictions where they are authorized to practice and/or are registered can be obtained by contact
emailrequest@howrey.com.
-------------------------------------------------------------------------------------------

"EMF <HHLAW.COM>" made the following annotations.
------------------------------------------------------------------------------
This electronic message transmission contains information from this law firm which m
copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by tele

==============================================================================

6/25/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

MBIA INC., :

                Plaintiff, :   Case No. 08 cv 4313 (RMB/DFE)

      -against- :   ORDER FOR ADMISSION
                                    *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and :   ON WRITTEN MOTION
ACE AMERICAN INSURANCE COMPANY,
                                    :

               Defendants.
                                    :
----------------------------------x

      Upon the motion of Amory W. Donelly attorney for Plaintiff MBIA INC. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Robert H. Shulman
    Howrey LLP
    1299 Pennsylvania Ave., NW
    Washington, DC 20004
    202.783.0800 (tel.)
    202.383.6610 (fax)

is admitted to practice *pro hac vice* to represent MBIA INC. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       June ___, 2008

                                                    _____
                                                    Hon. Douglas F. Eaton
                                                    United States Magistrate Judge

DM_US:21282225_1

The undersigned hereby certifies that a true and accurate copy of the preceding documents was sent in the manner described below to the following attorneys on this 26th day of June 2008.

David J. Hensler
Lisa R. Bonanno
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202.637.5600
DJHensler@hhlaw.com
LRBonanno@hhlaw.com
BY REGULAR MAIL

Frank Thomas Spano
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
212 918 3522
ftspano@hhlaw.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Federal Insurance Company*

Alan J. Joaquin
Drinker Biddle & Reath LLP
1500 K Street, NW
Suite 1100
Washington, DC  20005
202.842.8800
alan.joaquin@dbr.com
BY REGULAR MAIL
*Attorneys for Defendant*
  *Ace American Insurance Company*

                                          /s/ Amory W. Donelly
                                          Amory W. Donelly

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MBIA INC., :

                Plaintiff, : Case No. 08 cv 4313 (RMB/DFE)

   -against- : ORDER FOR ADMISSION
                *PRO HAC VICE*
FEDERAL INSURANCE COMPANY and : ON WRITTEN MOTION
ACE AMERICAN INSURANCE COMPANY,
                :
              Defendants.
                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     Upon the motion of Amory W. Donelly attorney for Plaintiff MBIA INC. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Robert H. Shulman
    Howrey LLP
    1299 Pennsylvania Ave., NW
    Washington, DC 20004
    202.783.0800 (tel.)
    202.383.6610 (fax)

is admitted to practice *pro hac vice* to represent MBIA INC. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       June ___, 2008

                                                          _____
                                                          Hon. Douglas F. Eaton
                                                          United States Magistrate Judge