UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MBIA, INC.,

                    Plaintiff,

            -against -

FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,

                  Defendant.
------------------------------------------------------------X

ECF CASE

08 Civ. 4313 (RMB) (DFE)

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Federal Insurance Company ("Federal"), a nongovernmental corporate party, states:

1. Federal is a wholly owned subsidiary of The Chubb Corporation. No other publicly held corporation owns 10% or more of the stock of Federal.

2. The Chubb Corporation is a holding company whose common stock is listed and principally traded on the New York Stock Exchange under the trading symbol "CB." No publicly held entity owns 10% or more of its common stock.

Federal understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

By: s/_____
Frank T. Spano
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for Defendant Federal Insurance Company

\\\DC - 057212/000523 - 2736590 v1