UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MBIA, INC.,

                    Plaintiff,

          -against -

FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,

                    Defendant.
-----------------------------------------------------------X

ECF CASE

08 Civ. 4313 (RMB) (DFE)

UNOPPOSED MOTION
TO ADMIT DAVID J. HENSLER
PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Frank T. Spano, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        DAVID J. HENSLER
        Hogan & Hartson L.L.P.
        555 13th Street, NW
        Washington, D.C. 20004
        202-637-5600 (tel.)
        202-637-5910 (fax)

David J. Hensler is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against David J. Hensler in any State or Federal court.

\\\DC - 057212/000523 - 2749024 v1

- 2 -

Dated: New York, New York
      July 2, 2008

                                      Respectfully submitted,

                                      HOGAN & HARTSON L.L.P.

By: /s/ Frank T. Spano
Frank T. Spano (FS-1193)
875 Third Avenue
New York, NY 10022
(212) 918-3000 (Telephone)
(212) 918-3100 (Facsimile)

           Attorneys for Federal Insurance
           Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    ECF CASE
MBIA, INC.,

                        Plaintiff,

             -against -                          08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and          AFFIDAVIT OF
ACE AMERICAN INSURANCE COMPANY,     FRANK T. SPANO IN SUPPORT
                                                                   OF MOTION TO ADMIT DAVID
                        Defendant.              J. HENSLER AS COUNSEL *PRO
                                                                   HAC VICE*
------------------------------------------------------------X
STATE OF NEW YORK,      )
                                ) ss.:
COUNTY OF NEW YORK,   )

       FRANK T. SPANO, being duly sworn, hereby deposes and says as follows:

       I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in January, 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

       1.     I am a member of the firm of Hogan & Hartson L.L.P., counsel in this action for defendant Federal Insurance Company ("Federal"). I make this affirmation on personal knowledge, except as to those matters which are stated upon information and belief, in support of the motion seeking to have David J. Hensler admitted to practice *pro hac vice*. Mr. Hensler's Declaration in support of this application for admission *pro hac vice* accompanies this motion. This motion is unopposed by counsel for plaintiff MBIA, Inc.

       2.     Mr. Hensler is a member of Hogan & Hartson L.L.P. in the firm's Washington, D.C. office. I have worked with Mr. Hensler and find him to be a skilled attorney of the highest moral character and fitness. He is experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

3.  Mr. Hensler has, for several years, represented Federal in a variety of matters. He has acquired specialized skill and knowledge of Federal's affairs important to litigating this case. Mr. Hensler is intimately familiar with the background of this case, and, therefore, Federal would be substantially prejudiced if Mr. Hensler were not allowed to appear *pro hac vice* in this action. In addition, Federal has specifically requested that Mr. Hensler assist in the defense of this action.

4.  Accordingly, I am pleased to move for the admission of David J. Hensler, *pro hac vice*.

5.  I respectfully submit a proposed order granting the admission of David J. Hensler, which accompanies this affidavit and motion.

WHEREFORE, I respectfully request that the Court grant the within motion for admission of David J. Hensler to practice *pro hac vice* before this Court.

Dated: July 2, 2008
New York, New York

Respectfully submitted,

By: _____
Frank T. Spano
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for Defendant Federal Insurance Company

Sworn to before me this
2nd day of July, 2008.

_____
Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 20__

-2-

\\\DC - 057212/000523 - 2752310 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    ECF CASE
MBIA, INC.,

                    Plaintiff,

               -against -                    08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and         DECLARATION OF DAVID J.
ACE AMERICAN INSURANCE COMPANY,       HENSLER IN SUPPORT OF
                                                           MOTION TO ADMIT COUNSEL
               Defendant.                    PRO HAC VICE

------------------------------------------------------------X

      DAVID J. HENSLER, hereby deposes and says as follows:

1.     I am a partner in the law firm of Hogan & Hartson L.L.P.

2.     I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.     As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4.     I am also admitted to practice in the United States District Court for the District of Columbia; the United States District Court for the Northern District of California; the United States District Court for the District of Maryland; the United States District Court for Western District of Michigan; the United States District Court for the Northern District of New York; the United States Court of Appeals for the District of Columbia Circuit; the United States Court of Appeals for the Federal Circuit; the United States Court of Appeals for the Second Circuit; the United

States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Eleventh Circuit; District of Columbia Court of Appeals; United States Court of Appeals for the Armed Forces; United States Supreme Court; and the United States Court of Federal Claims.

5. There are no disciplinary proceedings pending against me in any State or Federal court.

6. Wherefore I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this case.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted.

By: /s/ David J. Hensler
David J. Hensler
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Attorneys for Federal Insurance Company

DATED: July _l_, 2008

\\\\DC - 057212/000523 - 2749027 v1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID J. HENSLER

was on the 21ST day of JANUARY, 1972 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 26, 2008.

GARLAND PINKSTON, JR., CLERK

By: *M. Charles*
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MBIA, INC.,      ECF CASE

                 Plaintiff,

               -against -      08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and      ORDER FOR ADMISSION
ACE AMERICAN INSURANCE COMPANY,      PRO HAC VICE ON WRITTEN
                       MOTION
                 Defendant.

------------------------------------------------------------X


       Upon the motion of Frank T. Spano attorney for defendant Federal Insurance Company and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

                 DAVID J. HENSLER
                 Hogan & Hartson L.L.P.
                 555 13th Street, NW
                 Washington, D.C. 20004
                 202-637-5600 (tel.)
                 202-637-5910 (fax)


Is admitted to practice pro hac vice to represent Federal Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.


Dated: _____                 _____
                                                         The Honorable Douglas F. Eaton
                                                         United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Frank T. Spano, hereby certify that on this 2nd day of July 2008 true and correct copies of the foregoing Unopposed Motion to Admit David J. Hensler Pro Hac Vice, Declaration of David J. Hensler in Support of Motion to Admit Counsel Pro Hac Vice, Affidavit of Frank T. Spano and proposed Order for Admission to Practice Pro Hac Vice on Written Motion were served via first class U.S. Mail, postage prepaid, on:

>James G. McCarney, Esq.
>Howrey LLP
>Citigroup Center
>153 East 53rd Street, 54th Floor
>New York, NY 10022
>
>Robert H. Shulman, Esq.
>Robert Jacobs, Esq.
>Lara Degenhart, Esq.
>Christine Davis, Esq.
>Howrey LLP
>1299 Pennsylvania Ave., NW
>Washington, D.C. 20004

_____
Frank T. Spano (FS-1193)