UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MBIA, INC.,

                              Plaintiff,

                    -against -

FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,

                            Defendant.

------------------------------------------------------------X

ECF CASE

08 Civ. 4313 (RMB) (DFE)

UNOPPOSED MOTION
TO ADMIT CHRISTOPHER R.
ZAETTA PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Frank T. Spano, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        CHRISTOPHER R. ZAETTA
        Hogan & Hartson L.L.P.
        555 13th Street, NW
        Washington, D.C. 20004
        202-637-5600 (tel.)
        202-637-5910 (fax)

Christopher R. Zaetta is a member in good standing of the Bar of the District of Columbia and the Commonwealth of Virginia. There are no pending disciplinary proceedings against Christopher R. Zaetta in any State or Federal court.

\\DC - 057212/000523 - 2749025 v1

- 2 -

Dated: New York, New York
July 2, 2008

>Respectfully submitted,
>
>HOGAN & HARTSON L.L.P.
>
>By: *Frank T. Spano*
>Frank T. Spano (FS-1193)
>875 Third Avenue
>New York, NY 10022
>(212) 918-3000 (Telephone)
>(212) 918-3100 (Facsimile)
>
>Attorneys for Federal Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X     ECF CASE
MBIA, INC.,

                     Plaintiff,

            -against -                             08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and                 AFFIDAVIT OF
ACE AMERICAN INSURANCE COMPANY,        FRANK T. SPANO IN SUPPORT
                                                              OF MOTION TO ADMIT
                     Defendant.                         CHRISTOPHER R. ZAETTA AS
                                                              COUNSEL *PRO HAC VICE*
------------------------------------------------------------X
STATE OF NEW YORK,       )
                              ) ss.:
COUNTY OF NEW YORK,   )

        FRANK T. SPANO, being duly sworn, hereby deposes and says as follows:

        I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in January, 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, an am in good standing with this Court.

        1.     I am a member of the firm of Hogan & Hartson L.L.P., counsel in this action for defendant Federal Insurance Company ("Federal"). I make this affirmation on personal knowledge, except as to those matters which are stated upon information and belief, in support of the motion seeking to have Christopher R. Zaetta admitted to practice *pro hac vice*. Mr. Zaetta's Declaration in support of this application for admission *pro hac vice* accompanies this motion. This motion is unopposed by counsel for plaintiff MBIA, Inc.

        2.     Mr. Zaetta is a member of Hogan & Hartson L.L.P. in the firm's Washington, D.C. office. I have worked with Mr. Zaetta and find him to be a skilled attorney of the highest moral character and fitness. He is experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

    3.    Mr. Zaetta has, for several years, represented Federal in a variety of matters. He has acquired specialized skill and knowledge of Federal's affairs important to litigating this case. Mr. Zaetta is intimately familiar with the background of this case, and, therefore, Federal would be substantially prejudiced if Mr. Zaetta were not allowed to appear *pro hac vice* in this action. In addition, Federal has specifically requested that Mr. Zaetta assist in the defense of this action.

    4.    Accordingly, I am pleased to move for the admission of Christopher R. Zaetta, *pro hac vice*.

    5.    I respectfully submit a proposed order granting the admission of Christopher R. Zaetta, which accompanies this affidavit and motion.

WHEREFORE, I respectfully request that the Court grant the within motion for admission of Christopher R. Zaetta to practice *pro hac vice* before this Court.

Dated: July 2, 2008
       New York, New York

Respectfully submitted,

By: *Frank T. Spano* (signature)
Frank T. Spano
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for Defendant Federal Insurance Company

Sworn to before me this
2nd day of July, 2008.

*Ellen Schiliro* (signature)
Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 20_11_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   ECF CASE
MBIA, INC.,

                Plaintiff,

        -against -                   08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and       DECLARATION OF
ACE AMERICAN INSURANCE COMPANY,     CHRISTOPHER R. ZAETTA IN
                                                          SUPPORT OF MOTION TO
                Defendant.                 ADMIT COUNSEL PRO HAC
                                                             VICE
-------------------------------------------------------------X

       CHRISTOPHER R. ZAETTA, hereby deposes and says as follows:

1.    I am a partner in the law firm of Hogan & Hartson L.L.P.

2.    I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter. This motion is unopposed.

3.    As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia.

4.    I also am admitted to practice in the United States Court of Appeals for the Eleventh Circuit (1/12/05) and the United States District Courts for the Eastern District of Virginia (5/10/02) and the District of Colorado (9/9/04).

5.    There are no disciplinary proceedings pending against me in any State or Federal court.

- 2 -

6. Wherefore I respectfully request that I be permitted to appear as counsel and advocate <u>pro</u> <u>hac</u> <u>vice</u> in this case.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        Respectfully submitted.

By: _____
      Christopher R. Zaetta
      HOGAN & HARTSON L.L.P.
      555 Thirteenth Street, N.W.
      Washington, DC 20004
      Telephone: (202) 637-5600
      Facsimile: (202) 637-5910

      Attorneys for Federal Insurance Company

DATED: July 1, 2008

\\\DC - 057212/000523 - 2749031 v1

Case 1:08-cv-04313-RMB-DFE    Document 24    Filed 07/02/2008    Page 7 of 10



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHRISTOPHER R. ZAETTA

was on the 9TH day of JUNE, 2003 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 26, 2008.

GARLAND PINKSTON, JR., CLERK

By: *A. Charles*
Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



This is to certify that **CHRISTOPHER ROBERT ZAETTA** is an active member of the Virginia State Bar in good standing. **MR. ZAETTA** was licensed to practice law in Virginia on **OCTOBER 9, 1998**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued June 27, 2008

Karen A. Gould
Executive Director and
Chief Operating Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MBIA, INC.,

        Plaintiff,

     -against -

FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,

        Defendant.

-----------------------------------------------------------------X

ECF CASE

08 Civ. 4313 (RMB) (DFE)

ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN
MOTION

  Upon the motion of Frank T. Spano attorney for defendant Federal Insurance Company and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

      CHRISTOPHER R. ZAETTA
      Hogan & Hartson L.L.P.
      555 13th Street, NW
      Washington, D.C. 20004
      202-637-5600 (tel.)
      202-637-5910 (fax)

Is admitted to practice pro hac vice to represent Federal Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

                     _____
                     The Honorable Douglas F. Eaton
                     United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Frank T. Spano, hereby certify that on this 2nd day of July 2008 true and correct copies of the foregoing Unopposed Motion to Admit Christopher R. Zaetta Pro Hac Vice, Declaration of Christopher R. Zaetta in Support of Motion to Admit Counsel Pro Hac Vice, Affidavit of Frank T. Spano and proposed Order for Admission Pro Hac Vice on Written Motion were served via first class U.S. Mail, postage prepaid, on:

> James G. McCarney, Esq.
> Howrey LLP
> Citigroup Center
> 153 East 53rd Street, 54th Floor
> New York, NY 10022
>
> Robert H. Shulman, Esq.
> Robert Jacobs, Esq.
> Lara Degenhart, Esq.
> Christine Davis, Esq.
> Howrey LLP
> 1299 Pennsylvania Ave., NW
> Washington, D.C. 20004

_____
Frank T. Spano (FS-1193)