UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MBIA, INC.,

                    Plaintiff,

                 -against -

FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,

                    Defendant.
-----------------------------------------------------------X

ECF CASE

08 Civ. 4313 (RMB) (DFE)

UNOPPOSED MOTION
TO ADMIT LISA BONANNO
PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Frank T. Spano, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        LISA BONANNO
        Hogan & Hartson L.L.P.
        555 13th Street, NW
        Washington, D.C. 20004
        202-637-5600 (tel.)
        202-637-5910 (fax)

Lisa Bonanno is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Lisa Bonanno in any State or Federal court.

\\\\DC - 057212/000523 - 2749012 v1

- 2 -

Dated: New York, New York
       July 2, 2008

>                    Respectfully submitted,
>
>                    HOGAN & HARTSON L.L.P.
>
>                    By: _____
>                    Frank T. Spano (FS-1193)
>                    875 Third Avenue
>                    New York, NY 10022
>                    (212) 918-3000 (Telephone)
>                    (212) 918-3100 (Facsimile)
>
>                    Attorneys for Federal Insurance
>                    Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    ECF CASE
MBIA, INC.,

                              Plaintiff,

                    -against -                    08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and            AFFIDAVIT OF
ACE AMERICAN INSURANCE COMPANY,         FRANK T. SPANO IN SUPPORT
                                               OF MOTION TO ADMIT LISA
                        Defendant.              BONANNO AS COUNSEL *PRO
                                                 HAC VICE*
------------------------------------------------------------X
STATE OF NEW YORK,      )
                                  ) ss.:
COUNTY OF NEW YORK,   )

       FRANK T. SPANO, being duly sworn, hereby deposes and says as follows:

       I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in January, 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

       1.     I am a member of the firm of Hogan & Hartson L.L.P., counsel in this action for defendant Federal Insurance Company ("Federal"). I make this affirmation on personal knowledge, except as to those matters which are stated upon information and belief, in support of the motion seeking to have Lisa Bonanno admitted to practice *pro hac vice*. Ms. Bonanno's Declaration in support of this application for admission *pro hac vice* accompanies this motion. This motion is unopposed by counsel for plaintiff MBIA, Inc.

       2.     Ms. Bonanno is a member of Hogan & Hartson L.L.P. in the firm's Washington, D.C. office. I have worked with Ms. Bonanno and find her to be a skilled attorney of the highest moral character and fitness. She is experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

3. Ms. Bonanno has, for several years, represented Federal in a variety of matters. She has acquired specialized skill and knowledge of Federal's affairs important to litigating this case. Ms. Bonanno is intimately familiar with the background of this case, and, therefore, Federal would be substantially prejudiced if Ms. Bonanno were not allowed to appear *pro hac vice* in this action. In addition, Federal has specifically requested that Ms. Bonanno assist in the defense of this action.

4. Accordingly, I am pleased to move for the admission of Lisa Bonanno, *pro hac vice*.

5. I respectfully submit a proposed order granting the admission of Lisa Bonanno, which accompanies this affidavit and motion.

WHEREFORE, I respectfully request that the Court grant the within motion for admission of Lisa Bonanno to practice *pro hac vice* before this Court.

Dated: July 2, 2008
      New York, New York

Respectfully submitted,

By: /s/ Frank T. Spano
Frank T. Spano
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for Defendant Federal Insurance Company

Sworn to before me this
2nd day of July, 2008.

/s/ Ellen Schiliro
Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 20__

\\\\DC - 057212/000523 - 2752311 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    ECF CASE
MBIA, INC.,

                       Plaintiff,

                    -against -                               08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and              DECLARATION OF LISA
ACE AMERICAN INSURANCE COMPANY,         BONANNO IN SUPPORT OF
                                                               MOTION TO ADMIT COUNSEL
                    Defendant.                            PRO HAC VICE

------------------------------------------------------------X

    LISA BONANNO, hereby deposes and says as follows:

1.    I am a partner in the law firm of Hogan & Hartson L.L.P.

2.    I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.    As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4.    I am also admitted to practice in the United States District Court for the District of Columbia; the United States District Court for the District of Maryland; and the United States Court of Appeals for the Third Circuit.

5.    There are no disciplinary proceedings pending against me in any State or Federal court.

6.    Wherefore I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this case.

\\\\DC - 057212/000523 - 2749030 v1

- 2 -

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted.

By: *Lisa Bonanno*
Lisa Bonanno
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Attorneys for Federal Insurance Company

DATED: July 1, 2008



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LISA R. BONANNO

was on the 22ND day of DECEMBER, 1983 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 26, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MBIA, INC.,                                                        ECF CASE

                          Plaintiff,

                -against -                                         08 Civ. 4313 (RMB) (DFE)


FEDERAL INSURANCE COMPANY and                      ORDER FOR ADMISSION
ACE AMERICAN INSURANCE COMPANY,         PRO HAC VICE ON WRITTEN
                                                                                           MOTION
                        Defendant.

------------------------------------------------------------X


Upon the motion of Frank T. Spano attorney for defendant Federal Insurance Company and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

                      LISA BONANNO
                      Hogan & Hartson L.L.P.
                      555 13th Street, NW
                      Washington, D.C. 20004
                      202-637-5600 (tel.)
                      202-637-5910 (fax)


Is admitted to practice pro hac vice to represent Federal Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.


Dated: _____                    _____
                                                            The Honorable Douglas F. Eaton
                                                            United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Frank T. Spano, hereby certify that on this 2nd day of July 2008 true and correct copies of the foregoing Unopposed Motion to Admit Lisa Bonanno Pro Hac Vice, Declaration of Lisa Bonanno in Support of Motion to Admit Counsel Pro Hac Vice, Affidavit of Frank T. Spano and proposed Order for Admission Pro Hac Vice on Written Motion were served via first class U.S. Mail, postage prepaid, on:

> James G. McCarney, Esq.
> Howrey LLP
> Citigroup Center
> 153 East 53rd Street, 54th Floor
> New York, NY 10022
>
> Robert H. Shulman, Esq.
> Robert Jacobs, Esq.
> Lara Degenhart, Esq.
> Christine Davis, Esq.
> Howrey LLP
> 1299 Pennsylvania Ave., NW
> Washington, D.C. 20004

_____
Frank T. Spano (FS-1193)