USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _7/8/2008_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MBIA INC.
                    Plaintiff(s),                    **Case Management Plan**

            - v -                                    _08_ **CV.** _4313_ _____ (RMB)

Federal Insurance Company et al.

                    Defendant(s).
------------------------------------------------------X

        The following Case Management Plan is entered after consultation with the parties. This
Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil
Procedure.

(i)     Joinder of additional parties by _____ July 31, 2008 _____

(ii)    Amend the pleadings by __ and submit stipulation of facts by July 31, 2008 __

(iii)   All discovery to be **expeditiously** completed by __ October 31, 2008 (to extent necessary)

(iv)    Consent to Proceed before Magistrate Judge _____ No _____

(v)     Status of settlement discussions __ Prior settlement discussions and mediation have failed
        **With prw up hn 11/4/08 @ 9:00AM**

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions ~~Mee / rre / RY~~ **⟶ See Courts Rules re: MOTIONS**

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _30 days after close of disco_

(ix)    Final Pre-Trial Conference _____

(x)     Trial _____

(xi)    Other _____


**SO ORDERED:** New York, New York
                _7/8/08_

                                            **RMB**
                                    _____
                                    Hon. Richard M. Berman, U.S.D.J.