UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBIA, INC., | ) Case No. 08-CV-4313(RMB) (DFE) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| FEDERAL INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Thuy T. Bui of the law firm of Drinker Biddle & Reath LLP, 140 Broadway 39th Floor, New York, NY, hereby enters her appearance as counsel for Defendant ACE American Insurance Company in the above-captioned matter.

DRINKER BIDDLE & REATH LLP

Dated: New York, New York
July 8, 2008

By:   s/ Thuy T. Bui
Thuy T. Bui
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY  10005
Tel. (212) 248 3140
Fax (212) 248 3141
Email: thuy.bui@dbr.com

*Attorneys for Defendant ACE American Insurance Company*

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Appearance was delivered electronically by email and by ECF on this 8th day of July 2008 to:

Christine S. Davis
Robert F. Ruyak
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue
North West
Washington, DC 20004
202 783 0800
Fax: 202 383 6610
Attorneys for Plaintiff MBIA

James Gerard McCarney
Howrey LLP (NYC)
153 East 53rd Street
New York, NY 10022
(212) 896-6500
Fax: (212) 896-6501
Email: mccarneyj@howrey.com
Attorneys for Plaintiff MBIA

Frank T. Spano
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
ftspano@hhlaw.com
Attorneys for Defendant:
Federal Insurance Company

                              s/ Thuy Bui