UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBIA, INC., | ) Case No. 08-CV-4313(RMB) (DFE) |
| Plaintiff, | ) |
| v. | ) **RULE 7.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANTS ACE AMERICAN INSURANCE COMPANY** |
| FEDERAL INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY | ) |
| Defendants. | ) |

I, the undersigned, counsel of record for Defendant ACE American Insurance Company ("ACE"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ACE which have any outstanding securities in the hands of the public:

- Ace American Insurance Company is a Pennsylvania corporation and a wholly owned subsidiary of ACE Limited, the ultimate parent and the only publicly traded company (NYSE: ACE).

These representations are made in order that judges of this court may determine the need for recusal.

DRINKER BIDDLE & REATH LLP

Dated: Washington, D.C.
July 8, 2008

By: ___s/ Alan J. Joaquin___
Alan J. Joaquin
1500 K. Street, N.W.
Suite 1100
Washington, D.C. 20005
Tel: (202) 842-8800
Fax: (202) 842-8465

*Attorneys for Defendant ACE American Insurance Company*

CERTIFICATE OF SERVICE

   I hereby certify that the foregoing Certificate of Disclosure of Corporate Affiliations and Financial Interests of Defendant Ace American Insurance Company was delivered electronically by email and by ECF on this 8th day of July 2008 to:

Christine S. Davis
Robert F. Ruyak
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue
North West
Washington, DC 20004
202 783 0800
Fax: 202 383 6610
Attorneys for Plaintiff MBIA

James Gerard McCarney
Howrey LLP (NYC)
153 East 53rd Street
New York, NY 10022
(212) 896-6500
Fax: (212) 896-6501
Email: mccarneyj@howrey.com
Attorneys for Plaintiff MBIA

Frank T. Spano
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
ftspano@hhlaw.com
Attorneys for Defendant:
Federal Insurance Company

              s/ Thuy Bui