USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MBIA, INC.,

                Plaintiff,

          -against -

FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------X

ECF CASE

08 Civ. 4313 (RMB) (DFE)

ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN
MOTION

Upon the motion of Frank T. Spano attorney for defendant Federal Insurance Company and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

        LISA BONANNO
        Hogan & Hartson L.L.P.
        555 13th Street, NW
        Washington, D.C. 20004
        202-637-5600 (tel.)
        202-637-5910 (fax)

Is admitted to practice pro hac vice to represent Federal Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 7/10/08

                                                  _____
                                                  The Honorable Douglas F. Eaton
                                                  United States Magistrate Judge