USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MBIA, INC.,                                            ECF CASE

                        Plaintiff,

        -against-                                      08 Civ. 4313 (RMB) (DFE)

FEDERAL INSURANCE COMPANY and                          ORDER FOR ADMISSION
ACE AMERICAN INSURANCE COMPANY,                        PRO HAC VICE ON WRITTEN
                                                       MOTION
                        Defendant.

-------------------------------------------------------------------X

        Upon the motion of Frank T. Spano attorney for defendant Federal Insurance Company
and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

                CHRISTOPHER R. ZAETTA
                Hogan & Hartson L.L.P.
                555 13th Street, NW
                Washington, D.C. 20004
                202-637-5600 (tel.)
                202-637-5910 (fax)

Is admitted to practice pro hac vice to represent Federal Insurance Company in the above-
captioned case in the United States District Court for the Southern District of New York. All
attorneys appearing before this Court are subject to the Local Rules of this Court including the
Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing
(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.
Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 7/10/08

                                                The Honorable Douglas F. Eaton
                                                United States Magistrate Judge

USDC SDNY
DATE SCANNED 7/11/08

DC - 057212/000523 - 2749025 v1