AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

MBIA INC.,

    Plaintiff,

**APPEARANCE**

v.

Case Number: 08-cv4313 (RMB/DFE)

FEDERAL INSURANCE COMPANY
and ACE AMERICAN INSURANCE
COMPANY,

    Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MBIA INC.

I certify that I am admitted to practice in this court.

7/14/2008                                  *[signature: Christine S. Davis]*
Date                                       Signature

Christine S. Davis
Print Name                                 Bar Number

Howrey LLP, 1299 Pennsylvania Ave. NW
Address

Washington, D.C.                           20004
City                State                  Zip Code

(202) 383-6768                             (202) 383-6610
Phone Number                               Fax Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

MBIA INC.,                                    :

                   Plaintiff,         :    Case No. 08-cv-4313 (RMB/DFE)

      -against-                              :    AFFIDAVIT OF SERVICE

FEDERAL INSURANCE COMPANY and                 :
ACE AMERICAN INSURANCE COMPANY,

              Defendants.           :

                                  :
----------------------------------------x

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

CHRISTINA A. BENNETT, being duly sworn, deposes and says:

       1. I am over 18 years of age, not a party of this action and reside at Queens, New York.

       2. On July 14, 2008, I served a copy of the Notice of Appearance for Christine S. Davis by the United States mail, first class, postage prepaid upon:

            Christopher R. Zaetta
            Lisa Bonanno
            David J. Hensler
            HOGAN & HARTSON LLP
            555 Thirteenth Street, NW
            Washington, DC 20004

                                     _____
                                     Christina A. Bennett

Sworn to before me this
14th day of July, 2008

_____
Notary Public
JENIFER J. LIU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LI6135912
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES OCTOBER 31, 2009