AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

MBIA INC.,
    Plaintiff,

v.

FEDERAL INSURANCE COMPANY
and ACE AMERICAN INSURANCE
COMPANY,
    Defendants.

**APPEARANCE**

Case Number: 08-cv4313 (RMB/DFE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MBIA INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | *Robert H Shulman* (signature) |
| Date | Signature |
| | Robert H. Shulman |
| | Print Name / Bar Number |
| | Howrey LLP, 1299 Pennsylvania Ave. NW |
| | Address |
| | Washington, D.C.        20004 |
| | City / State / Zip Code |
| | (202) 383-7419        (202) 383-6610 |
| | Phone Number / Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

MBIA INC., :

                Plaintiff, : Case No. 08-cv-4313 (RMB/DFE)

     -against- : AFFIDAVIT OF SERVICE

FEDERAL INSURANCE COMPANY and :
ACE AMERICAN INSURANCE COMPANY,

               Defendants. :

                                       :
-----------------------------------------x

STATE OF NEW YORK  )
                         : ss.
COUNTY OF NEW YORK  )

CHRISTINA A. BENNETT, being duly sworn, deposes and says:

       1. I am over 18 years of age, not a party of this action and reside at Queens, New York.

       2. On July 15, 2008, I served a copy of the Notice of Appearance for Robert H. Shulman by the United States mail, first class, postage prepaid upon:

                Christopher R. Zaetta
                Lisa Bonanno
                David J. Hensler
                HOGAN & HARTSON LLP
                555 Thirteenth Street, NW
                Washington, DC 20004

                                            _____
                                            Christina A. Bennett

Sworn to before me this
15th day of July, 2008

_____
       Notary Public

AMORY DONELLY
Notary Public, State of New York
Qualified in New York County
Lic. # 02DO6163389
Commission Expires March 26, 2011