AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MBIA INC.,
    Plaintiff,

v.

FEDERAL INSURANCE COMPANY
and ACE AMERICAN INSURANCE
COMPANY,
    Defendants.

**APPEARANCE**

Case Number: 08-cv4313 (RMB/DFE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MBIA INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | *Lara Degenhart* (signature) |
| Date | Signature |
| | Lara Degenhart |
| | Print Name     Bar Number |
| | Howrey LLP, 1299 Pennsylvania Ave. NW |
| | Address |
| | Washington, D.C.     20004 |
| | City     State     Zip Code |
| | (202) 383-6832     (202) 383-6610 |
| | Phone Number     Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

MBIA INC., :

               Plaintiff, : Case No. 08-cv-4313 (RMB/DFE)

    -against- : AFFIDAVIT OF SERVICE

FEDERAL INSURANCE COMPANY and :
ACE AMERICAN INSURANCE COMPANY,
               :
             Defendants.
               :
----------------------------------x

STATE OF NEW YORK )
                : ss.
COUNTY OF NEW YORK )

CHRISTINA A. BENNETT, being duly sworn, deposes and says:

    1. I am over 18 years of age, not a party of this action and reside at Queens, New York.

    2. On July 16, 2008, I served a copy of the Notice of Appearance for Lara Degenhart by the United States mail, first class, postage prepaid upon:

        Christopher R. Zaetta
        Lisa Bonanno
        David J. Hensler
        HOGAN & HARTSON LLP
        555 Thirteenth Street, NW
        Washington, DC 20004

                                    Christina A. Bennett

Sworn to before me this
16th day of July, 2008

AMORY DONELLY
Notary Public, State of New York
Qualified in New York County
Lic. # 02DO6163389
Commission Expires March 26, 2011