# HOGAN & HARTSON



Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 **Tel**
+1.212.918.3100 **Fax**

**www.hhlaw.com**

July 31, 2008

Frank T. Spano
Partner
212.918.3522
ftspano@hhlaw.com

**BY HAND DELIVERY**

**MEMO ENDORSED**

Hon. Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
Room 201
40 Centre Street
New York, NY 10007

Re:    **MBIA Inc. v. Federal Ins. Co. et al., Case No. 08-CIV-4313 (S.D. N.Y.)**

Dear Judge Berman:

The parties in the above-captioned case write to request an extension of time to file a stipulation of facts.

The Court's July 8, 2008 Case Management Plan requires the parties to submit a stipulation of facts by July 31, 2008. The parties have been unable to agree upon a stipulation that will meaningfully reduce the scope of discovery. However, the parties believe that an additional week will give them an opportunity to submit a limited stipulation of facts. Therefore, the parties respectfully request a two-week extension until August 14, 2008, to submit a stipulation of facts to the Court.

Application granted.

SO ORDERED:
Date: 8/1/08

Richard M. Berman, U.S.D.J.

This is the first request for an extension of time for the filing of a stipulation of facts.

Sincerely yours,


HOGAN & HARTSON L.L.P

By _____
Frank T. Spano (FS-1193)
875 Third Avenue
New York, NY 10022
(212) 918-3000 (Phone)
(212) 918-310 (Fax)


David Hensler (admitted *pro hac vice*)
Lisa Bonanno (admitted *pro hac vice*)
Christopher Zaetta (admitted *pro hac vice*)
555 13th Street, N.W.
Washington, D.C. 20004
(202) 637-8874 (Phone)
(202) 637-5910 (Fax)


Attorneys for Federal Insurance Company

HOWREY LLP

By _____
James G. McCarney
Amory W. Donelly
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
(212) 896-6500 (Phone)


Robert Shulman  (admitted *pro hac vice*)
Robert P. Jacobs  (admitted *pro hac vice*)
Lara A. Degenhart  (admitted *pro hac vice*)
Christine S. Davis  (admitted *pro hac vice*)
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20003
(202) 783-0800 (Phone)
(202) 383-6610 (Fax)


Attorneys for MBIA Inc.


DRINKER BIDDLE & REATH LLP

By _____
Alan J. Joaquin
1500 K. Street, N.W.
Suite 1100
Washington, D.C. 20005
(202) 842-8800
(202) 842-8465

Attorneys for ACE American Insurance Company
Frank T. Spano (FS-1193)


cc:    Counsel to all parties


2