**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MBIA INC., | ) |
| Plaintiff, | ) Case No. |
|  | ) 08-CIV-4313 |
| v. | ) |
| FEDERAL INSURANCE COMPANY and, | ) |
| ACE AMERICAN INSURANCE COMPANY, | ) |
| Defendants. | ) |

**STATEMENT OF UNDISPUTED FACTS**

MBIA Inc. ("MBIA") and Federal Insurance Company ("Federal") agree that the following documents are authentic pursuant to Federal Rule of Evidence 901:

- Executive Liability and Indemnification Policy, No. 7023-4658 that Federal issued to MBIA for the period from February 14, 2004 to August 15, 2005. [Bates Nos. STIP 00001 – STIP 00054]

- Order Directing Private Investigation and Designating Officers to Take Testimony issued by the United States Securities and Exchange Commission ("SEC") dated March 9, 2001. [Bates Nos. STIP 00055 – STIP 00061]

- The subpoena that the SEC issued to MBIA, dated November 17, 2004. [Bates Nos. STIP 00062 – STIP 00074]

- The subpoena that the SEC issued to MBIA, dated December 8, 2004. [Bates Nos. STIP 00075 – STIP 00081]

- The subpoena that the SEC issued to MBIA, dated December 16, 2004. [Bates Nos. STIP 00082 – STIP 00089]

- The subpoena that the SEC issued to MBIA, dated March 30, 2005. [Bates Nos. STIP 00090 – STIP 00102]

- The subpoena that the New York Attorney General ("NYAG") issued to MBIA, dated November 18, 2004. [Bates Nos. STIP 00103– STIP 00106]

- All of the correspondence accompanying MBIA's document productions to the SEC and NYAG.  [Bates Nos. STIP 00107 – STIP 00273]

- Submission to the United States Securities & Exchange Commission on behalf of MBIA Inc., dated August 15, 2005.  [Bates Nos. STIP 00274 – STIP 00384]

- The Wells Notice the United States Securities & Exchange Commission issued to MBIA, dated August 18, 2005.  [Bates Nos. STIP 00385 – STIP 00386]

- Offer of Settlement of MBIA Inc. in In the Matter of MBIA Inc. [Bates Nos. STIP 00387 – STIP 00409]

- Order Instituting Cease-and-Desist Proceedings, Making Findings, and Imposing a Cease-and-Desist Order Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934 in In the Matter of MBIA Inc.  [Bates Nos. STIP 00410 – STIP 00430]

- Complaint in Securities and Exchange Commission v. MBIA Inc., 07 Civ. 658 (S.D. N.Y.), filed January 29, 2007.  [Bates Nos. STIP 00431 – STIP 00456]

- Consent of Defendant MBIA Inc. to Final Judgment in Securities and Exchange Commission v. MBIA Inc., 07 Civ. 658 (S.D. N.Y.). [Bates Nos. STIP 00457 – STIP 00461]

- Final Judgment by Consent in Securities and Exchange Commission v. MBIA Inc., 07 Civ. 658 (S.D. N.Y.).  [Bates Nos. STIP 00462 – STIP 00465]

- Assurance of Discontinuance Pursuant to Executive Law § 63(15) in The People of the State of New York, by Eliot Spitzer v. MBIA, Inc., (N.Y. Sup. Court). [Bates Nos. STIP 00466 – STIP 00511]

- Report of the Independent Consultant to MBIA Inc., dated July 24, 2007. [Bates Nos. STIP 00512 – STIP 00535]

- Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws in In re MBIA Securities Litigation, Case No. 05-3514 (S.D. N.Y.), dated October 3, 2005.  [Bates Nos. STIP 00536 – STIP 00603]

- Opinion and Order in In re MBIA Securities Litigation, Case No. 05-3514 (S.D. N.Y.), dated February 13, 2007.  [Bates Nos. STIP 00604 – STIP 00625]

- Appellant's Opening Brief in In re MBIA Securities Litigation, Case No. 07-1117 (2d Cir.), dated August 2, 2007.  [Bates Nos. STIP 00626 – STIP 00682]

- Appellee's Brief in In re MBIA Securities Litigation, Case No. 07-1117 (2d Cir.), dated September 17, 2007.  [Bates Nos. STIP 00683 – STIP 00769]

- Lead Plaintiffs' demand to settle In re MBIA Securities Litigation, Case No. 05-3514 (S.D. N.Y.), dated August 3, 2007. [Bates Nos. STIP 00770 – STIP 00774]

- Letter from Eric Zagar, of Schiffrin & Barroway, LLP on behalf of MBIA shareholder Robert Purvis, dated April 5, 2005.
  [Bates Nos. STIP 00775 – STIP 00776 ]

- Shareholder Derivative Complaint in Purvis v. Brown, No. 20099-05 (Sup. Ct. N.Y., West Chester County), filed November 9, 2005.
  [Bates Nos. STIP 00777 – STIP 00816]

- Final Report of the Special Litigation Committee of the Board of Directors of MBIA, Inc., dated August 15, 2006, and the Exhibits thereto.
  [Bates Nos. STIP 00817 – STIP 02037]

- Memorandum in Support of Motion to dismiss in Purvis v. Brown, dated August 15, 2006. [Bates Nos. STIP 02038 – STIP 02073]

- Letter from Jeffrey P. Fink of Robbins Umeda & Fink, LLP, on behalf of MBIA shareholder J. Robert Orton, dated September 27, 2005.
  [Bates Nos. STIP 02074 – STIP 02081]

- Shareholder Derivative Complaint in Orton v. Brown, No. 06-cv-314 (S.D. N.Y.), filed April 24, 2006. [Bates Nos. STIP 02082 – STIP 02142]

- Final Report of the Special Litigation Committee of the Board of Directors of MBIA, Inc., dated October 2, 2006, and the Exhibits thereto.
  [Bates Nos. STIP 02143 – STIP 03589]

- Memorandum in Support of Motion to Dismiss in Orton v. Brown, dated October 2, 2006. [Bates Nos. STIP 03590 – STIP 03632]

- Letter from Lara Degenhart to MBIA's insurance carriers regarding possible settlement of Purvis v. Brown, dated September 19, 2006.
  [Bates Nos. STIP 03633 – STIP 03635]

| HOGAN & HARTSON L.L.P | HOWREY LLP |
|---|---|
| By /s/ | By /s/ |
| Frank T. Spano (FS-1193) | James G. McCarney |
| 875 Third Avenue | Amory W. Donelly |
| New York, NY 10022 | Citigroup Center |
| (212) 918-3000 (Phone) | 153 East 53rd Street, 54th Floor |
| (212) 918-310 (Fax) | New York, NY 10022 |
|  | (212) 896-6500 (Phone) |
| David Hensler (admitted *pro hac vice*) | Robert Shulman (admitted *pro hac vice*) |
| Lisa Bonanno (admitted *pro hac vice*) | Robert P. Jacobs (admitted *pro hac vice*) |
| Christopher Zaetta (admitted *pro hac vice*) | Lara A. Degenhart (admitted *pro hac vice*) |
| 555 13th Street, N.W. | Christine S. Davis (admitted *pro hac vice*) |
| Washington, D.C. 20004 | 1299 Pennsylvania Ave., N.W. |
| (202) 637-8874 (Phone) | Washington, D.C. 20003 |
| (202) 637-5910 (Fax) | (202) 783-0800 (Phone) |
|  | (202) 383-6610 (Fax) |
| Attorneys for Federal Insurance Company | Attorneys for MBIA Inc. |